# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company, | Case No. 15-CV-2527 (SRN/HB) |
| Plaintiffs, | |
| v. | **ORDER TO AMEND SCHEDULING ORDER** |
| Healthcare Chiropractic Clinic, Inc. and Huy Hguyen, D.C., | |
| Defendants. | |

Pursuant to the Stipulation to Amend Scheduling Order (ECF No. 62), entered into by the parties, seeking to extend the deadline to file and serve all motions that seek to amend or supplement the pleadings (other than to add a claim for punitive damages),

**IT IS HEREBY ORDERED** that the Stipulation (ECF No. 62) is **APPROVED** and the Pretrial Scheduling Order (ECF No. 30), as amended (ECF No. 43), is **AMENDED** as follows:

The deadline for the parties to file and serve all motions that seek to amend or supplement the pleadings (other than to add a claim for punitive damages) is extended from May 15, 2016 to and including **July 15, 2016.**

Dated:  April 25, 2016        s/ *Hildy Bowbeer*
                              HILDY BOWBEER
                              United States Magistrate Judge